[Nos. 7405-2-II; 7406-1-II.  Division Two.  May 16, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v. RICHARD H. BIXBY, *Respondent.*

Appeals from a judgment of the Superior Court for Clark County, No. 83-1-00387-3, J. Dean Morgan, J., entered October 28, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7345-5-II.  Division Two.  May 16, 1986.]

JANICE M. TRANA, *Appellant,* v. THE THURSTON COUNTY CIVIL SERVICE COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83-2-00133-9, Carol A. Fuller, J., entered September 28, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7436-2-II.  Division Two.  May 16, 1986.]

CINDY WARREN, *Appellant,* v. HELEN M. FELT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-2-02659-5, E. Albert Morrison, J., entered October 28, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7615-2-II.  Division Two.  May 19, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD THOMAS RAYBURN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83-1-00459-4, Robert L. Harris, J., entered January 27, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.